# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG DUONG NGUON,<br><br>    Plaintiff,<br><br>  v.<br><br>M. CLARK, et. al.,<br><br>    Defendants.<br>_____/ | CV F   04 5079 AWI SMS P<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING DOCUMENTS TO PLAINTIFF |

  Hung Duong Nguon ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. It appearing the Complaint states a cognizable claim for relief under the Eighth Amendment claim for failure to protect against Defendants Clark, Rainey and McKain,, IT IS HEREBY ORDERED that:

  1. Service is appropriate for the following defendants:

    C/O M. CLARK

    C/O S. RAINEY (or RAYNI)

    C/O McKain

  2. The Clerk of the Court shall send plaintiff THREE USM-285 forms, THREE summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed December 17, 2003.

  3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff SHALL complete the attached Notice of Submission of Documents and submit the

completed Notice to the Court with the following documents:

    a.    Completed summons;

    b.    One completed USM-285 form for each Defendant listed above; and

    c.    **FOUR (4)** copies of the endorsed complaint filed December 17, 2003.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

**Dated:   May 31, 2005**                                /s/ Sandra M. Snyder
icido3                                                UNITED STATES MAGISTRATE JUDGE