UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG D. NGUON,<br><br>        Plaintiff,<br><br>vs.<br><br>C/O CLARK, et al.,<br><br>        Defendants.<br>_____/ | 1:04-cv-05079-AWI-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 14)<br><br>**ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS** |

    Plaintiff, Hung D. Nguon ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On June 1, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

1   In accordance with the provisions of 28 U.S.C.
2   § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3   de novo review of this case.  Having carefully reviewed the
4   entire file, the Court finds the Findings and Recommendations to
5   be supported by the record and by proper analysis.

6   Accordingly, IT IS HEREBY ORDERED that:

7   1.   The Findings and Recommendations, filed June 1, 2005,
8   are ADOPTED IN FULL;

9   2.   This action proceed on plaintiff's failure to protect
10  claim against defendants Clark, Rainey, and McKain only;

11  3.   The claims of excessive force claim, the Eighth
12  Amendment medical care claim, due process (inmate appeals and
13  property), conspiracy, supervisory liability claim are DISMISSED
14  from this action; and,

15  4.   Defendants "Director of Corrections, all policy makers,
16  D. Adams, Lt. W.S. Wadkins, Lt. E. Smith, Lt. J. Saunders, Dr.
17  Kim Nguyen, Assoc. Warden Cohl, CCII Linda Smart, Cpt. J.G.
18  Arceo; Sgt. Cake; D. Donald Deering, M.T.A. Benjie; Linda L.
19  Rianda, Arline, Stephen S. Hall, Kirsten Dean, all medical staff
20  and correctional officers on duty on Sunday" are DISMISSED from
21  this action.

22  The instant action is referred back to the Magistrate Judge
23  assigned to the case for further proceedings.

24  IT IS SO ORDERED.

25  **Dated:   July 26, 2005**              **/s/ Anthony W. Ishii**
    0m8i78                                  UNITED STATES DISTRICT JUDGE

2