UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HUNG DUONG NGUON, | ) | 1:04-CV-5079 AWI SMS P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | |
| v. | ) | (DOCUMENT #21) |
| | ) | |
| M. CLARK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 12, 2005, defendants filed a motion to extend time to respond to plaintiff's amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are GRANTED to and including October 11, 2005 to file and serve a response.

IT IS SO ORDERED.

**Dated:   October 4, 2005**          **/s/ Sandra M. Snyder**
b6edp0                                UNITED STATES MAGISTRATE JUDGE