UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG D. NGUON, | CV F   04 5079 AWI SMS P |
| Plaintiff, | ORDER DENYING MOTION FOR DISCOVERY AS MOOT (Doc. 32.) |
| v. | ORDER DENYING REIMBURSEMENT OF FEES (Doc. 35.) |
| C/O CLARK, et. al., | |
| Defendants. | |

Hung D. Nguon ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on December 17, 2003, in the U.S. District Court for the Central District of California. The action was transferred and received in this Court on January 14, 2004.

On August 18, 2003, prior to the filing of this action, an identical action had been filed in the U.S. District Court for the Northern District of California. That action was transferred to this Court as well. On August 9, 2005, the Court consolidated the two actions based on the identical nature of the claims for relief.

On October 31, 2005, Plaintiff filed a Motion for Discovery in which he requested that the Court open formal discovery. The Court, however, issued a Discovery and Scheduling Order on November 2, 2005. Accordingly, the Motion for Discovery is DENIED as moot.

1  On November 3, 2005, Plaintiff filed a Motion for Reimbursement of Court fees. Plaintiff states that he paid the fees in both actions filed which were ultimately transferred to this Court for proper venue and consolidated based on the identical nature of the Claims.  Plaintiff wishes the Court to reimburse him for one of the action's court fees as he now only has one action pending.

A fee for the initiation of an action is assessed by every district court in the United States. Here, Plaintiff seeks reimbursement because two separately filed actions were transferred to the same court and ultimately consolidated because they contained the same claims.  However, this Court, nor the Northern or Central District inappropriately overcharged Plaintiff as he contends. Plaintiff *elected* to file the same action in two separate districts thereby causing an assessment of two separate fees.  Accordingly, he is not entitled to reimbursement and the Motion is DENIED.

IT IS SO ORDERED.

**Dated:   November 8, 2005**                 /s/ Lawrence J. O'Neill
b9ed48                                          UNITED STATES MAGISTRATE JUDGE