# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG DUONG NGUON, | CV F  04 5079 AWI SMS P |
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL (Doc. 39.) |
| M. CLARK, et. al, | |
| Defendants. | |

Hung Duong Nguon ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 21, 2005, Plaintiff filed a Motion for the Appointment of Counsel wherein he demands that the Court appoint him counsel as he has a right to counsel under the Constitution.

The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States District Court for the Southern District of Iowa, 490 U.S. 296 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Without a reasonable method of securing and compensating counsel, this court will seek volunteer counsel only in the most serious and exceptional cases.

1

1     Plaintiff's justification for the need for counsel is identical to that of most incarcerated
2 inmates filing civil rights actions in federal courts across the Country.  While it is true that
3 Plaintiff has a right to counsel, there is no law that requires the Court to appoint counsel at the
4 government's expense in a civil case.  The Court simply does not have the financial resources to
5 compensate counsel in every case wherein the Plaintiff is inexperienced in the law.  Thus, the
6 Court will appoint counsel in only the most serious and exception circumstances.  The Court
7 does not find these circumstances in this case.
8     In accordance with the above, it is HEREBY ORDERED that Plaintiff's request for the
9 appointment of counsel, filed November 21, 2005, is DENIED.

11 IT IS SO ORDERED.
12 **Dated:   December 12, 2005**          **/s/ Sandra M. Snyder**
icido3                                                        UNITED STATES MAGISTRATE JUDGE