# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG D. NGUON,<br><br>        Plaintiff,<br><br>   v.<br><br>C/O CLARK, et. al.,<br><br>        Defendants. | CV F 04 5079 AWI SMS P<br><br>ORDER STRICKING MOTION FOR RULE 26f MOTION (Doc. 43.) |

      Hung D. Nguon ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

      Plaintiff filed the instant action on December 17, 2003, in the U.S. District Court for the Central District of California. The action was transferred and received in this Court on January 14, 2004.

      On December 7, 2005, Plaintiff filed a pleading titled "Motion for Rule 26(f) Meeting" in which he requests that the Court issue an Order to Show Cause why Plaintiff is not entitled to receive damages. In addition, Plaintiff demands that the Defendants be required to meet with him to discuss the possibility of settlement and to exchange some discovery. (Motion at 4.)

      As a preliminary matter, the Court notes that Plaintiff failed to serve Defendants with a copy of the Motion filed with the Court. Pursuant to the Local Rules and the Federal Rules of Civil Procedure, all pleadings filed with the Court <u>must be served on the opposing party</u>. Local

1  Rule 5-135(b); Fed.R.Civ.P. 5.  Plaintiff did not do so in this case warranting the Court's striking
2  the document from the record.
3     The Court wishes to inform Plaintiff, however, that even had he properly served
4  Defendants, his Motion would be denied.   Rule 26(f) calls for a conference wherein the parties
5  meet to set forth a discovery plan and schedule.  However, here, the Court issued the scheduling
6  order which sets forth the deadlines for the completion of discovery as well as the deadlines for
7  other dispositive motions on November 2, 2005.  Thus, a conference in the nature requested by
8  Plaintiff is unnecessary.
9     In addition, with respect to the parties meeting to discuss the possibility of settlement, the
10 Court will set up such a meeting in the event the Defendants indicate in their pretrial statement,
11 that they wish to engage in settlement negotiations.  However, the Court will not force the parties
12 to negotiate or to settle.  Such a meeting will only take place upon the consent of all parties and
13 not simply at Plaintiff's demand.
14    Finally, with respect to Plaintiff's request for an Order to Show Cause why Plaintiff
15 should not be awarded damages, such a request is improper in that legal proceedings in this
16 matter have already begun. The Court's initial order finding the Complaint stated a cognizable
17 claim is analogous to Plaintiff's Order to Show Cause in that it required Defendants to Answer to
18 Plaintiff's allegations.  The case is proceeding according to the legal requirements set forth in the
19 Rules of Civil Procedure.  In the event this action survives summary judgment and is scheduled
20 for trial, a trier of fact will determine whether Plaintiff is entitled to relief and if so, the amount
21 of damages.
22    Accordingly, in light of the above, the Court HEREBY ORDERS the Motion for Rule
23 26(f) meeting is STRICKEN from the record for lack of service.
24 IT IS SO ORDERED.
25 **Dated:    December 12, 2005**              **/s/ Sandra M. Snyder**
   icido3                                    UNITED STATES MAGISTRATE JUDGE