# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG D. NGUON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C/O CLARK, et. al.,<br><br>　　　　Defendants.<br>_____/ | CV F   04 5079 AWI SMS P<br><br>ORDER STRIKING MOTION TO STRIKE DEFENDANT'S OPPOSITION OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Doc. 47.) |

　　Hung D. Nguon ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　Plaintiff filed the instant action on December 17, 2003, in the U.S. District Court for the Central District of California. The action was transferred and received in this Court on January 14, 2004.

　　On December 19, 2005, Plaintiff filed a "Motion to Strike Defendant's Opposition of Plaintiff's Motion for Summary Judgment."   A review of this pleading, however, reveals that Plaintiff failed to serve Defendants with a copy of the Motion filed with the Court.   Plaintiff has been informed via the Court's Information al Order as well as a more recent order, that pursuant to the Local Rules and the Federal Rules of Civil Procedure, all pleadings filed with the Court

1

1 | <u>must be served on the opposing</u> party.  Local Rule 5-135(b); Fed.R.Civ.P. 5.   However, despite
2 | being informed of this requirement, Plaintiff did not serve Defendants with the Motion.
3 |        Accordingly, in light of the above, the Court HEREBY ORDERS the Motion to Strike
4 | Defendant's Opposition from the Record is STRICKEN from the record for lack of service.

7 | IT IS SO ORDERED.
8 | **Dated:    December 21, 2005**                  **/s/ Sandra M. Snyder**
  | icido3                                                        UNITED STATES MAGISTRATE JUDGE