IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **HUNG DUONG NGUON,** | 1:04-CV-5079 AWI SMS P |
| Plaintiff, | **ORDER GRANTING FIRST REQUEST FOR EXTENSION OF TIME (Doc. 64.)** |
| v. | |
| **M. CLARK, et al.,** | |
| Defendants. | |

Defendants moved for an extension of time to file a motion for summary judgment on September 5, 2006, on the basis of a heavy caseload. The court issued its Discovery and Scheduling Order on November 2, 2005, almost ten months ago. Thus, Defendants have had ample time to prepare a dispositive motion. While a heavy caseload does not generally present good cause for extending the deadlines, the Court will grant Defendants an extension of time to prepare a dispositive motion. However, no further extensions will be granted but upon a showing of extremely good cause. Accordingly, Defendants are granted a period of thirty days, to and including October 5, 2006, to file and serve a response.

IT IS SO ORDERED.

**Dated:   September 6, 2006**          /s/ Sandra M. Snyder
b6edp0                                          UNITED STATES MAGISTRATE JUDGE