UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG DUONG NGOUN,<br><br>            Plaintiff,<br><br>vs.<br><br>M. CLARK, et al.,<br><br>            Defendants.<br>_____/ | 1:04-cv-05079-LJO-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 71)<br><br>**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT** (Doc. 67)<br><br>**ORDER DISMISSING ACTION** |

Hung Duong Ngoun ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On December 7, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. On December 21, 2006, Plaintiff filed Objections to the Magistrate Judge's Findings and Recommendations.

//

1

1   In accordance with the provisions of 28 U.S.C.
§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   The Findings and Recommendations, filed December 7, 2006, are ADOPTED IN FULL;

   2.   Defendants' Motion for Summary Judgment, filed October 4, 2006, is GRANTED; and,

   3.   The case is DISMISSED.

IT IS SO ORDERED.

**Dated:   March 5, 2007**            /s/ Lawrence J. O'Neill
b9ed48                                  UNITED STATES DISTRICT JUDGE

2